UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| Case No. | 2:26-cv-00852-JAK-AGR | Date | April 15, 2026 |
|---|---|---|---|
| Title | Danielle Lynne Garfinkel v. RealClearHoldings, LLC et al | | |

Present: The Honorable    JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| M. Lindaya | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**      **(IN CHAMBERS) ORDER DISMISSING CASE (JS-6)**

An Order to Show Cause re Dismissal for Lack of Prosecution was issued by the Court on March 2, 2026, ordering Plaintiff to respond in writing no later than March 9, 2026 as to why the matter should not be dismissed for lack of prosecution. Dkt. 11. An application for clerk to enter default as to Defendant RealClearHoldings, LLC, was filed on March 9, 2026. Dkt. 12. A notice of deficient filing was entered on March 10, 2026. Dkt. 13. A second application for clerk to enter default was filed March 11, 2026. Dkt. 15. Default by clerk was entered on March 11, 2026. Dkt. 16. An Order re Default of Defendant was issued by the Court on March 11, 2026, permitting Plaintiff, in part, to file a motion for default by April 11, 2026. Dkt. 17. No such motion has been filed. Accordingly, pursuant to the March 11, 2026, Order, the Court dismisses the matter for lack of prosecution and failure to follow the Court's Orders.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer    mal